IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WESLEY M. POLLARD, SR., :
:
    Plaintiff :
: CIVIL NO. 1:CV-17-0344
    vs. :
: (Judge Caldwell)
TAMMY FERGUSON, *et al.*, :
:
    Defendants :

## *O R D E R*

And now, this 10th day of May, 2017, for the reasons set forth in the accompanying memorandum, it is ordered that:

    1. Plaintiff's motion for leave to proceed *in forma pauperis* (ECF No. 2) will be granted.

    2. The action is dismissed, without leave to amend, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

    3. Plaintiff's motion for appointment of counsel (ECF No. 4) is denied.

    4. The Clerk of Court shall close this file.

    5. Any appeal of this order will not be in good faith.

                                       /s/William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge