# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESLEY M. POLLARD, SR.,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:17-0344 |
| v. | : | (JUDGE MANNION) |
| **TAMMY FERGUSON, et al.,** | : | |
| Defendant | : | |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The Court will construe plaintiff's motion to file an amended complaint (Doc. 9) also as a motion for reconsideration.

**(2)** The plaintiff's motion for reconsideration and motion to file an amended complaint is **DENIED**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: February 9, 2018
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-0344-01 order.wpd